**Mitchell D. FIELDS, Appellant,**

v.

**UNITED PARCEL SERVICE, Appellee.**

No. 03–2290.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 24, 2004.

Decided March 18, 2004.

Mitchell D. Fields, St. Louis, MO, for Plaintiff–Appellant.

Daniel K. O'Toole, Armstrong & Teasdale, St. Louis, MO, for Defendant–Appellee.

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District

Before BYE, MCMILLIAN, and RILEY, Circuit Judges.

PER CURIAM.

Mitchell Fields (Fields) appeals the district court's [1] adverse grant of summary judgment in Fields's Title VII race discrimination action. On appeal, Fields submits additional evidence in opposition to summary judgment. This evidence is untimely and the submission is denied. *See Griffin v. Super Valu*, 218 F.3d 869, 871 (8th Cir.2000) (noting evidence not before the district court will not be considered on appeal). Upon de novo review, we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.